| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | JOSE VICTOR RODRIGUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-237-KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO ACCEPT** |
| | ) | **ELECTRONIC SIGNATURES UNDER G.O. 616** |
| vs. | ) | |
| | ) | Date: June 1, 2020 |
| JOSE VICTOR RODRIGUEZ, | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Kimberly J. Mueller, Chief Judge |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through David Spencer, Assistant United States Attorney, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Jose Victor Rodriguez, that the plea agreement in this matter may be signed by Mr. Rodriguez via electronic signature.

On April 15, 2020, Chief United States District Judge Kimberly J. Mueller issued General Order 616, "Consent and Signature Requirements on Documents Filed in Criminal Actions During the COVID-19 Public Emergency" ("G.O. 616"). For the reasons detailed in G.O. 616, defense counsel is authorized to electronically sign documents on her client's behalf using the format "/s/ name" if the following conditions are met:

1.  The defendant has had an opportunity to consult with counsel regarding the matter;

2. The defendant consents to counsel's signing on the defendant's behalf; and

3. The judge presiding over the case makes a finding that "obtaining an actual signature is impracticable or imprudent in light of the public health situation relating to COVID-19."

Defense counsel represents that all three conditions have been met here. Therefore, the parties stipulate as follows, and respectfully request the Court to find that:

1. Mr. Rodriguez has had an opportunity to consult with undersigned defense counsel regarding this matter;

2. Mr. Rodriguez consents to undersigned defense counsel signing the plea agreement on his behalf; and

3. In light of the COVID-19 pandemic, obtaining an actual signature from Mr. Rodriguez, who is currently incarcerated at the Sacramento County Jail, is both impracticable and imprudent, as it would unnecessarily increase the likelihood that the relevant parties and those who come into contact with them will be exposed to COVID-19.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 27, 2020          */s/ Christina Sinha*
                            CHRISTINA SINHA
                            Assistant Federal Defender
                            Attorney for Defendant
                            JOSE VICTOR RODRIGUEZ

Date: May 27, 2020          MCGREGOR W. SCOTT
                            United States Attorney

                            */s/ David Spencer*
                            DAVID SPENCER
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: June 9, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE